**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00952-CV

---

### DAN H. HENNIGAN, Appellant

### V.

### MORTGAGE ASSETS MANAGEMENT, LLC, Appellee

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-1476**

---

### MEMORANDUM OPINION

On January 11, 2023, appellee filed a motion to dismiss this appeal for want of jurisdiction. A response was requested but none was filed.

This is an attempted appeal from an order signed December 1, 2022, granting appellee's application for expedited foreclosure on a reverse mortgage under Rule 736. *See* Tex. R. Civ. P. 736. Rule 736.8 expressly provides such an order is not appealable. *See* Tex. R. Civ. P. 736.8(c); *see also Durst v. Commons at*

*Westbrae Homeowners Ass'n, Inc.*, No. 01-20-00037-CV, 2020 WL 1144635, at *1 (Tex. App.—Houston [1st Dist.] Mar. 10, 2020, no pet.) (mem. op.).

We grant appellee's motion and dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Jewell and Spain.